# UNITED STATES DISTRICT COURT

for the

Northern District of West Virginia

| Tonya Farrell | |
|---|---|
| *Plaintiff(s)* | |
| v. | Civil Action No. 1:23-cv-60 |
| Mon Health Care, Inc. | |
| *Defendant(s)* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award    ☐ Judgment costs    ☒ Other

other:   Defendant Mon Health's Motion for Summary Judgment [ECF No. 35] is GRANTED. Plaintiff's Complaint [ECF No. 1-1] is DISMISSED WITH PREJUDICE.   This action is thus STRICKEN from the Court's active docket

This action was:

☐ tried by jury    ☐ tried by judge    ☒ decided by judge

decided by Judge   Thomas S. Kleeh

Date:   September 25, 2025

*CLERK OF COURT*
Stephanie Hainer Ojeda
/s/ M. Sinsel

*Signature of Clerk or Deputy Clerk*